**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

    v.

**TERRANCE ROBINSON,**

    Defendant.

Case No. 7:13-CR-2 (HL)

**ORDER**

Defendant was indicted on February 13, 2013. He had his initial appearance and arraignment on June 26, 2013. The parties now jointly move the Court to continue this case from the trial term scheduled to begin on July 29, 2013. For the reasons discussed below, the Joint Motion for Continuance (Doc. 20) is denied, although the parties will not be required to try the case starting on July 29.

The upcoming trial term will be a split term, with the first week taking place July 29 through August 2, and the second week taking place August 26 through August 30. This case will be scheduled for the second week of the term, regardless of what happens during the first week. The Court assures counsel and the parties that they will not be required to try the case during the week of July 29. However, the jury will be selected on July 29, so counsel should be prepared for jury selection on that day. The Court expects that the parties can be ready for trial by the end of August and sees no reason to continue the case until the October term.

**SO ORDERED,** this 12th day of July, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh